No. 786, Misc.  MALLINSON *v.* NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.  Petitioner *pro se.*  *Thomas F. Eagelton,* Attorney General of Missouri, and *Ben Ely, Jr.,* Assistant Attorney General, for respondent.

No. 952.  McDANIELS *v.* HEINZE, WARDEN.  Motion to dispense with printing the petition for writ of certiorari granted.  Petition for writ of certiorari to the Supreme Court of California denied.

No. 809, Misc.  FISHER *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.*  *William G. Clark,* Attorney General of Illinois, for respondent.

No. 823, Misc.  BAXTER *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 832, Misc.  JAMES *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 875, Misc.  MERCER *v.* BANMILLER, PENITENTIARY SUPERINTENDENT.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 874, Misc.  MEDRANO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Morris Lavine* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.